Fill in this information to identify your case:

Debtor 1: **Vincent Wilkerson Beale**
First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

Creditor's Name: _____
Number   Street: _____
City   State   ZIP Code: _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred: _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $0.00

Official Form 106D         Schedule D: Creditors Who Have Claims Secured by Property         page 1 of 2

| Debtor 1 | **Vincent**        **Wilkerson**        **Beale** | Case number *(if known)* _____ |
|---|---|---|
|  | First Name        Middle Name        Last Name |  |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.2** _____<br>Creditor's Name<br><br>_____<br>Number        Street<br><br>_____<br>City        State        ZIP Code<br>**Who owes the debt?** Check one.<br>❏ Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this claim relates to a community debt**<br><br>**Date debt was incurred**<br>_____ | **Describe the property that secures the claim:**<br>┌─────────────────┐<br>│                 │<br>└─────────────────┘<br><br>**As of the date you file, the claim is:** Check all that apply.<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>**Nature of lien.** Check all that apply.<br>❏ An agreement you made (such as mortgage or secured car loan)<br>❏ Statutory lien (such as tax lien, mechanic's lien)<br>❏ Judgment lien from a lawsuit<br>❏ Other (including a right to offset)<br><br>**Last 4 digits of account number** __ __ __ __ | _____ | _____ | _____ |
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | | $0.00 | | |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | $0.00 | | |