Fill in this information to identify your case:

Debtor 1: **Vincent Wilkerson Beale**
First Name  Middle Name  Last Name

Debtor 2: _____
(Spouse, if filing)
First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **James R. Jones, Attorney at Law**<br>Priority Creditor's Name<br>**4185 Technology Forest Blvd Suite 160**<br>Number  Street<br>**The Woodlands, TX 77381**<br>City  State  ZIP Code<br>**Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Last 4 digits of account number _____<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☑ Other. Specify **Attorney Fees** | $6,423.00 | $6,423.00 | $0.00 |

Debtor 1 **Vincent** **Wilkerson** **Beale**                Case number *(if known)* _____
           First Name  Middle Name  Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| | | |
|---|---|---|
| **4.1** | **BRAND BANK/GREENSKY** <br> Nonpriority Creditor's Name <br> **1797 Northeast Expy Ne** <br> Number    Street <br> **Brookhaven, GA 30329-7803** <br> City               State   ZIP Code <br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number  **XXXX** <br> **When was the debt incurred?**   **08/29/2018** <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☑ Other. Specify **Unsecured Loan** | **$24,333.00** |
| **4.2** | **CAPITAL ONE BANK USA NA** <br> Nonpriority Creditor's Name <br> **Po Box 31293** <br> Number    Street <br> **Salt Lake Cty, UT 84131-0293** <br> City               State   ZIP Code <br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number  **XXXX** <br> **When was the debt incurred?**   _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☑ Other. Specify **Credit Card** | **$639.00** |
| **4.3** | **CAPITAL ONE BANK USA NA** <br> Nonpriority Creditor's Name <br> **Po Box 31293** <br> Number    Street <br> **Salt Lake Cty, UT 84131-0293** <br> City               State   ZIP Code <br> **Who incurred the debt?** Check one. <br> ☑ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | Last 4 digits of account number  **XXXX** <br> **When was the debt incurred?**   _____ <br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ☑ Other. Specify **Credit Card** | **$639.00** |

Debtor 1  **Vincent**      **Wilkerson**      **Beale**
        First Name   Middle Name   Last Name

Case number *(if known)* _____

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.4**  **CAPITAL ONE BANK USA NA**
Nonpriority Creditor's Name
**Po Box 31293**
Number   Street
**Salt Lake Cty, UT 84131-0293**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** XXXX
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$799.00**

---

**4.5**  **CCS COLLECTIONS**
Nonpriority Creditor's Name
**725 Canton St**
Number   Street
**Norwood, MA 02062-2679**
City   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** ALLSTATE FIRE CASUALT IN CO original creditor

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Agency**

**$77.00**

---

Debtor 1  **Vincent   Wilkerson   Beale**            Case number *(if known)* _____
          First Name   Middle Name   Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.            **Total claim**

---

**4.6**  **CenterPoint Energy**                          Last 4 digits of account number _____         **$184.00**
Nonpriority Creditor's Name
**Po Box 4981**                                          When was the debt incurred? _____
Number    Street
**Houston, TX 77210-4981**                               As of the date you file, the claim is: Check all that apply.
City             State    ZIP Code
                                                         ☐ Contingent
Who incurred the debt? Check one.                        ☐ Unliquidated
☑ Debtor 1 only                                          ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                             Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another                ☐ Student loans
☐ Check if this claim is for a community debt            ☐ Obligations arising out of a separation agreement or
                                                            divorce that you did not report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other
☑ No                                                        similar debts
☐ Yes                                                    ☑ Other. Specify **utility bill**

---

**4.7**  **Credit One**                                  Last 4 digits of account number _____         **$1,100.00**
Nonpriority Creditor's Name
**Po Box 98873**                                         When was the debt incurred? _____
Number    Street
**Las Vegas, NV 89193-8873**                             As of the date you file, the claim is: Check all that apply.
City             State    ZIP Code
                                                         ☐ Contingent
Who incurred the debt? Check one.                        ☐ Unliquidated
☑ Debtor 1 only                                          ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                             Type of NONPRIORITY unsecured claim:
☐ At least one of the debtors and another                ☐ Student loans
☐ Check if this claim is for a community debt            ☐ Obligations arising out of a separation agreement or
                                                            divorce that you did not report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other
☑ No                                                        similar debts
☐ Yes                                                    ☑ Other. Specify **Credit Card**

---

**4.8**  **Eileen Beale**                                Last 4 digits of account number _____         **$244,813.21**
Nonpriority Creditor's Name
**c/o Pendegraft & Simon LLP**                           When was the debt incurred?  **05/20/2020**
**2777 Allen Pkwy Ste 800**
Number    Street                                         As of the date you file, the claim is: Check all that apply.
**Houston, TX 77019-2129**
City             State    ZIP Code                       ☐ Contingent
                                                         ☐ Unliquidated
Who incurred the debt? Check one.                        ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                                          Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only                             ☐ Student loans
☐ At least one of the debtors and another                ☐ Obligations arising out of a separation agreement or
☐ Check if this claim is for a community debt               divorce that you did not report as priority claims
                                                         ☐ Debts to pension or profit-sharing plans, and other
Is the claim subject to offset?                             similar debts
☑ No                                                     ☑ Other. Specify **judgment**
☐ Yes

---

Debtor 1   **Vincent**        **Wilkerson**        **Beale**
          First Name       Middle Name       Last Name                    Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.                    **Total claim**

**4.9**  **Verizon Wireless**
Nonpriority Creditor's Name

**Po Box 650051**
Number       Street

**Dallas, TX 75265-0051**
City                State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **utility bill**

$1,124.00

**4.10**  **Whintly Phipps**
Nonpriority Creditor's Name

**c/o Victor Vitale**

**2121 N Pearl St Ste 700**
Number       Street

**Dallas, TX 75201-2493**
City                State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
When was the debt incurred?  **10/05/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **debt**

$308,000.00

| Debtor 1 | Vincent | Wilkerson | Beale | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $6,423.00 |
| 6e. | Total. Add lines 6a through 6d. | 6e. | $6,423.00 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $581,708.21 |
| 6j. | Total. Add lines 6f through 6i. | 6j. | $581,708.21 |